IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jason Lang,                                    :
                        Petitioner             :
                                               :
            v.                                 :        No. 927 C.D. 2017
                                               :
Pennsylvania Board of                          :
Probation and Parole,                          :
                        Respondent             :

# **O R D E R**

NOW, May 3, 2018, upon consideration of petitioner's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge